United States District Court
Southern District of Texas
**ENTERED**
November 18, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SILVIA CORTEZ, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-03953 |
| | § | |
| THE SALVATION ARMY, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Before the Court is United States Magistrate Judge Christina A. Bryan's Memorandum and Recommendation filed on October 30, 2026. Doc. #18. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety.

Accordingly, Defendant's Motion for Summary Judgment (Doc. #13) is GRANTED. Plaintiff's claims are DISMISSED WITH PREJUDICE. The Court will enter a separate Final Judgment.

It is so ORDERED.

NOV 17 2026
Date

The Honorable Alfred H. Bennett
United States District Judge